FRANCES KELLER, Appellant, *v.* EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.

JOSEPH KELLER, Appellant, *v.* EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.

(Argued March 17, 1936; decided April 15, 1936.)

*Raymond A. Knowles* and *Edward D. Mahoney* for appellants.

*Ralph W. Dox* and *Ulysses S. Thomas* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.